DECEMBER 5, 1945

No. 6241.——*Joseph Fischer as Liquidating Agent of Schmoll Fils Assd., Inc., et al.* v. *United States.* Entered at New York, N. Y. Reap. Dec. 6228. Motion by plaintiffs.